**JAMES E. SEYKORA**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 1478**
**Billings, MT 59103**
**2929 Third  Ave. North, Suite 400**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     **Plaintiff,**<br><br>   **vs.**<br><br> **JOHN PATRICK McGUIRE,**<br><br>     **Defendant.** | **CR 95-117-BLG-DWM**<br>**CV 04-010-BLG-DWM**<br><br><br>**UNITED STATES' SENTENCING**<br>**MEMORANDUM** |

The United States has received the revised presentence report in this case.  At

re-sentencing, the United States believes the defendant should first be sentenced

within the established guideline range of 108 to 135 months.  The defendant is not

entitled to a discount because of a required 60 month consecutive sentence that will

then be added.  See United States v. Roberson, 474 F.3d 432 (7th Cir. 2007).

DATED this 21st day of March, 2008.

1

WILLIAM W. MERCER
United States Attorney


/s/ James E. Seykora
JAMES E. SEYKORA
Assistant U.S. Attorney
Attorney for Plaintiff