

## UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA
### U. S. Probation Office

**JERROLD G. COOLEY**
Chief U.S. Probation Officer
P.O. Box 7675
Missoula, MT 59807-7675
(406) 542-7100
Fax - (406) 542-7119

**RECEIVED**
JUN 1 1 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

**Reply to:**
2525 4th Avenue North - Suite 100
Billings, MT 59101
(406) 657-6287
Fax - (406) 657-6291

June 10, 2008

# MEMORANDUM

**FILED**
JUN 1 3 2008
PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

**TO:** Clerk of U.S. District Court
Room 370, Federal Building
P.O. Box 8537
Missoula, MT 59807

**FROM:** Brian Farren
U.S. Probation Officer
Billings, MT

**RE:** John Patrick McGuire
CR 95-117-BLG-DWM
<u>Request for Modifying Conditions</u>

---

Please forward the enclosed Request to Modify Conditions (with attached Waiver) to the Honorable Donald W. Molloy for his approval/signature and return a signed copy to the U.S. Probation Office, Attention Brian Farren, 2525 4th Avenue North, Suite 100, Billings, MT 59101.

Thank you for your attention to this matter. If you have questions, please call (406) 657-6289.

/bkc

# United States District Court

for

## the District of Montana

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**May 22, 2008**

**Name of Offender:** __JOHN PATRICK MCGUIRE__

**Case Number:** __CR-95-117-BLG-DWM-09__

**Name of Sentencing Judicial Officer:** __Honorable John C. Coughenour__

**Date of Original Sentence:** __March 16, 1999   (amended on March 24, 2008)__

**Original Offense:** __Bank Fraud; Hobbs Act Violations; Felon in Possession of a Firearm; and Use of a Firearm During a Crime of Violence__

**Original Sentence:** __180 months followed by 5 years supervised release; amended on March 24, 2008 to 120 months credit for time served and 5 years supervised release__

**Date Supervision Commenced:** __March 24, 2008__

**Date Jurisdiction Transferred to District of Nevada:** __N/A__

## PETITIONING THE COURT

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓ To modify the conditions of supervision as follows:

1. **Mental Health Treatment** - You shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, medication management, outpatient counseling or residential placement, as approved and directed by the probation officer. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation officer based upon your ability to pay.

RE: JOHN PATRICK MCGUIRE

## CAUSE

On March 16, 1999, John Patrick McGuire was sentenced in the District of Montana to a total of 180 months imprisonment for Bank Fraud, Hobbs Act Violations, Use of a Firearm During a Crime of Violence, and Felon in Possession of a Firearm. Following appeal, the Court issued an amended judgement on March 24, 2008, sentencing the offender to a term of 120 months credit for time served, resulting in his immediate release from custody to a term of five years supervised release. Mr. McGuire released to the District of Nevada and has been supervised by the Probation Office located in Reno, Nevada.

Since his release from custody, Mr. McGuire has lived with his 60-year-old sister, Maureen McGuire, in Silver Springs, Nevada; a remote rural area approximately 60 miles from the Probation Office in Reno. He has been cooperative and compliant with the terms of his supervision. He has a number of physical and health-related problems for which he is seeking medical treatment including problems with his eyesight. He has applied for medicaid and has been spending all of his time at home alone, as he does not drive and his sister works in nearby Dayton, Nevada.

Upon further evaluation and discussions with Mr. McGuire, our office is recommending that Mr. McGuire participate in mental health treatment, as he appears to exhibit signs of Post-Traumatic Stress Disorder and Paranoia. Mr. McGuire has expressed an interest in participating in mental health counseling and it appears that a referral for mental health treatment would be appropriate. Therefore, our office is requesting that Mr. McGuire's conditions of supervision be amended to include this condition. Mr. McGuire has consented to this modification for a which a Prob 49, Waiver of Hearing, is attached.

Respectfully submitted,

DANIEL H. McCAW
United States Probation Officer

APPROVED:

RICK L. OEHLERKING
Supervising United States Probation Officer

Prob12B
D/NV Form
Rev. Mar. 2007

**RE: JOHN PATRICK MCGUIRE**

## THE COURT ORDERS:

_____ No action

_____ The extension of supervision as noted above

\_\_✓\_\_ The modification of conditions as noted above

_____ Other

_____
Signature of Judicial Officer

_June 13, 2008_
Date

# UNITED STATES DISTRICT COURT

### District of Montana

Waiver of Hearing to Modify Conditions
of Supervised Release

RE:       MCGUIRE, John Patrick
Case No.  CR-95-117-BLG-DWM-09

I, **John Patrick McGuire,** have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

1.  **Mental Health Treatment** - You shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, medication management, outpatient counseling or residential placement, as approved and directed by the probation officer. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation officer based upon your ability to pay.

Witness _____          Signed _____
        Daniel H. McCaw                           John Patrick McGuire
        U.S. Probation Officer                    Supervised Releasee
        District of Nevada

                          May 22, 2008
                             Date