

DEC - 7 2009

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

John Patrick McGuire

1407 Townview Ave Apt 213

Santa Rosa, California 95405

UNITED STATES DISTRICT COURT

DISTRCT OF MONTANA

BILLINGS DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | Case No. CR95-117-BLG-DWM |
| v. | MOTION FOR RELEASE |
| JOHN P. MCGUIRE, Defendant | |

Comes now John Patrick McGuire, a man speaking for JOHN P. MCGUIRE, an artificial person attached to me without my consent, to move this court for immediate release for good cause.

FACTS

1. I was arrested on December 18, 1995                    CR95-117-BLG-JCC on the charges of Conspiracy 18 USC 371, Bank fraud 18 USC 1344, the Hobbs Act 18 USC 1951, 18 USC 924(c), 18 USC 922(g)(1)

2. I was released from the custody of the Bureau of Prisons on March 24, 2008, but now I am still under the supervision of the U.S. Probation Office, by order of this court, with

Supervised Release obligations for five years and an order from the court to pay restitution of $39,000.

3. I have now discovered through due diligence that the charges against me were presented under fraudulent security. I failed to return the instrument timely because I relied on legal professionals, court officers, and law enforcement in their statements. I have found this reliance to be based on nondisclosure of material facts and that this is caused by intentional misconstruction. I found there is no statute with proper regulation authorizing the police or the court to hold me to answer, as I am a man and not a state construction. Therefore, the charges do not state a claim upon which relief can be lawfully granted in the form of imprisonment, or fine, or Supervised Release.

4. During my research, I also found that as beneficiary of the Original Jurisdiction Construction

As the beneficiary, I hold powers to see the indenture for the trust holding me. I have seen no such document; nor is there a trustee cited or exposed on the record. Therefore, with no trustee over my legal rights, my political rights, or my commercial rights, the action against me is a fraudulent inducement to believe in powers that do not exist. Hence, with no trustee for the beneficiary, the action is incomplete, failing to meet the due process standards required for a valid charge and imprisonment.

Wherefore, I move for immediate **order of release** from all further obligations previously ordered by this court's Judgment and Supervised Release Commitment Order of March 24, 2008, including all obligations of Supervised Release, restitution of $39,000;

Or, in the alternative, that the prosecution bring forth the verifications from the beginning regarding the charges herein listed, disclosing to me the full authorities required by law to be of record before I could lawfully be detained and obliged, and, that the trustee be identified so that I may know who is liable and under what indenture the trustee acts.

This motion is presented by a layman at law, John Patrick McGuire, who demands acts under Hains v. Kerner 104 U.S. 519 wherein I am to be afforded correction of mistakes and full disclosure at any time.

All Rights Reserved Without Prejudice,

by _____*(signature)*_____

John Patrick McGuire
The Secured Party Creditor
An American National\
All Rights REerved UCC 1-308
December 4, 2009

# CERTIFICATE OF SERVICE

I, John Patrick McGuire hereby certify that I have served a true and correct copy of the following;

MOTION FOR RELEASE

.Which is deemed filed at the time it was placed the United States mail Box of the United States Postal Service, Houston v Lack 101 L.Ed.2d.245 (1988), upon the court, and partied to the litigation and or his/her attorney(s) of record by placing same in a sealed, postage prepaid envelope adressed to;

.William Mercer
.James E. Seykora
.U.S. Attorney
.P.O.Box 1478
.Billings, Montana
.59101

Patrick E. Duffy
Clerk of Court
UNITED STATES DISTRICT COURT
316 N. 26TH St.
Billings, Montana 59202

U. S. Probation Department
Christine Magnasco
777 Sonoma Ave.
Santa Rosa, California
95405

And deposited same in the United States mail box at Santa Rosa, California on this_4th Day of December, 2009

*J. P. McGuire* (signature)

John Patrick McGuire
The Secured Party Creditor