# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MONTANA

## REPORT ON OFFENDER UNDER SUPERVISION

FILED
FEB 11 2010
PATRICK E. DUFFY, CLERK
DEPUTY CLERK, MISSOULA

| NAME OF OFFENDER: | John Patrick McGuire |
|---|---|
| CASE NUMBER: | CR 95-117-BLG-DWM-09 |
| NAME OF SENTENCING JUDICIAL OFFICER: | U. S. District Court Judge John C. Coughenour |
| DATE OF ORIGINAL SENTENCE: <br> DATE OF RESENTENCING: | March 16, 1999 <br> March 24, 2008 |
| ORIGINAL OFFENSE: | Ct. 2: Bank Fraud in violation of 18 U.S.C. § 1344 and 18 U.S.C. § 2, <br> Ct. 28: Interference with Commerce by Threats or Violence in violation of 18 U.S.C. § 1951 and 18 U.S.C. § 2 <br> Ct. 29: Use or Carry of Firearm During a Crime of Violence in violation of 18 U.S.C. § 924(c)(1) and 18 U.S.C. § 2 <br> Ct. 39: Unlawful Transport of Firearms in violation of 18 U.S.C. § 922G.F |
| ORIGINAL SENTENCE: <br><br> RESENTENCE: | 180 Months custody and 5 years supervised release <br> 60 Months custody and 5 years supervised release |
| TYPE OF SUPERVISION: | Supervised Release |
| DATE SUPERVISION COMMENCED: | March 24, 2008 |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**   **Nature of Non-compliance**

1   *The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.*

The defendant has received phone calls from Robert Collins, an inmate at a Bureau of Prisons Facility, on sixteen (16) different occasions between December 5, 2009 and January 21, 2010. These phone calls ranged in duration from one minute to fifteen minutes in length.

**Report on Offender Under Supervision**
**Name of Offender: John Patrick McGuire**
Page 2

### U. S. Probation Officer Action:

On January 26, 2010, USPO Christine Magnasco, California Northern Probation, admonished the defendant for having contact with Mr. Collins. The defendant was advised that he is not to have any contact, directly or indirectly, with individuals convicted of a felony without the permission of the probation office. The defendant acknowledged this directive and agreed to comply.

☒ **Probation Officer Recommends No Court Action at This Time.**

Respectfully submitted,

by _____
Name: Eric Buehler
U. S. Probation Officer

Date: 2/2/2010

Approved by:

_____ 2-3-10
Stephen F. Willis         Date
Supervising U.S. Probation Officer

☑ CONCUR WITH U. S. PROBATION OFFICE

☐ SUBMIT REQUEST TO MODIFY CONDITIONS OR TERM OF SUPERVISION (PROB 12B)

☐ SUBMIT REQUEST FOR WARRANT OR SUMMONS (PROB 12C)

_____
U. S. District Court Judge Donald Molloy

February 11, 2010
Date

Comments: