**LODGED**

MAY 0 5 2011

PATRICK E. DUFFY, CLERK
BY _____
Deputy Clerk

# United States District Court

## DISTRICT OF MONTANA, BILLINGS DIVISION

**FILED**

MAY 21 2012

PATRICK E. DUFFY   CLERK
BY _____
Deputy Clerk
U.S. DISTRICT COURT
BILLINGS DIVISION

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

CASE NUMBER: CR-95-117-BLG-DWM-09

**JOHN PATRICK McGUIRE**

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

=============================================================

YOU ARE HEREBY COMMANDED to arrest JOHN PATRICK McGUIRE and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION charging HIM with VIOLATION OF CONDITIONS OF SUPERVISED RELEASE in violation of Title 18, United States Code, Section 3583.

Assigned to: AUSA JAMES SEYKORA

U.S. DISTRICT COURT JUDGE CAROLYN S. OSTBY

Signature of Judicial Officer
Billings, Montana

**SEAL UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**1890**

**RECEIVED**
2011 MAY -6  A 10: 54
US MARSHALS SERVICE
BILLINGS, MONTANA

**BAIL FIXED AT NONE**

Date of Issue: May 5, 2011

| *R E T U R N* | | |
|---|---|---|
| DATE RECEIVED: 5/5/11 | LOCATION: Billings, MT | |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | | |
| DATE OF ARREST: 5/9/12 | | *Darrell Bell* |
| LOCATION: Clearlake, CA | | **UNITED STATES MARSHAL** |
| BY: | Deputy U.S. Marshal | |